AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Khodr Hamka ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV-25-00593-PHX-DJH(CDB) |
| Paul Wyatt Ramirez II ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/16/2025__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __10/23/2025__

**DEBRA LUCAS**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khodr Hamka,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Paul Wyatt Ramirez, II,<br><br>　　　　Defendant. | NO. CV-25-00593-PHX-DJH (CDB)<br><br>**DEFAULT JUDGMENT** |

    Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff against Defendant Paul Wyatt Ramirez, II. Plaintiff is awarded the sum of $101,500.00 from Defendant as damages for breach of contract.

                                    Debra D. Lucas
                                    District Court Executive/Clerk of Court

May 16, 2025

                                    s/ E. Aragon
                         By  Deputy Clerk

I hereby attest and certify on 10/23/2025 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

Generated: Oct 22, 2025 11:20AM                                                                                             Page 1/1

# U.S. District Court

## Arizona - Phoenix

PETER M. AGULNICK, P.C.                                                                      Receipt Date: Oct 22, 2025 11:20AM

Rcpt. No: 200018711           Trans. Date: Oct 22, 2025 11:20AM                        Cashier ID: #LY (6784)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 100 | Copies (Paper) | | 1 | 0.50 | 0.50 |
| 104 | Cert of Document/Transcript of JGMT | | 1 | 12.00 | 12.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #4260 | 10/16/2025 | | $12.50 |

Total Due Prior to Payment: $12.50

Total Tendered: $12.50

Cash Change Amount: $0.00

**Comments**: CV25-00593-PHX-DJH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

LAW FIRM OF
## PETER M. AGULNICK, P.C.

WRITER'S E-MAIL:
PETER@AGULNICKLAW.COM

P.O. BOX 473
ROSLYN HEIGHTS, NY 11577-0473
TEL (212) 571-2266
FAX (212) 656-1645

October 16, 2025

Clerk's Office
United States District Court for the District of Arizona
401 W. Washington St. Ste. 130 FPC #1
Phoenix, AZ 85003

      Re:    **Khodr Hamka V. Paul Wyatt Ramirez, II**
              U.S. District Court, Dist. of AZ, Case No. CV-25-00593-PHX-DJH (CDB)
              Our Firm's File # 580-001

Dear Sir or Madam:

      This firm is New York counsel for Plaintiff/Judgment Creditor Khodr Hamka. I am writing to obtain a signed and certified form AO451 or "Clerk's Certification of a Judgment to be Registered in Another District." In accordance, enclosed please find form AO451 and Default Judgment No. CV-25-00593-PHX-DJH (CDB). In addition, enclosed please find the following items:

- One copy of a "Clerk's Certification of a Judgment to be Registered in Another District" (Form AO 451)

- One copy of Default Judgment

- Check for $12.50

- Self-addressed, postage-paid envelope

      Kindly process the "Clerk's Certification of a Judgment to be Registered in Another District" and Default Judgment and mail them to me in the self-addressed, stamped envelope I have provided.

      If you have any questions, call me. Thank you for your help.

                                                    Very truly yours,

                                                   PETER M. AGULNICK, P.C.

                                                   By: _____
                                                         Peter M. Agulnick

Enclosures

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Khodr Hamka ) | |
| *Plaintiff* ) | Civil Action No. CV-25-00593-PHX-DJH (CDB) |
| v. ) | |
| Paul Wyatt Ramirez, II ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __May 16, 2025__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Print    Save As...                                                                Reset

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khodr Hamka, | NO. CV-25-00593-PHX-DJH (CDB) |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| Paul Wyatt Ramirez, II, | |
| Defendant. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff against Defendant Paul Wyatt Ramirez, II. Plaintiff is awarded the sum of $101,500.00 from Defendant as damages for breach of contract.

Debra D. Lucas
District Court Executive/Clerk of Court

May 16, 2025

By  s/ E. Aragon
Deputy Clerk



PETER M AGULNICK PC
PO BOX 473
ROSLYN HEIGHTS NY  11577-0473

PETER M AGULNICK PC
PO BOX 473
ROSLYN HEIGHTS NY  11577-0473